Wesley HARRIS, Jr., Plaintiff–
Appellant,

v.

John E. POTTER Postmaster General,
Defendant–Appellee.

No. 05–10179.
D.C. Docket No. 03–00640 CV–AR–S.

United States Court of Appeals,
Eleventh Circuit.

Oct. 25, 2005.

Coker Bart Cleveland, Cleveland &
Vickers, LLC, Birmingham, AL, for Plain-
tiff–Appellant.

Jenny Lynn Smith, U.S. Attorney's Of-
fice, Birmingham, AL, for Defendant–Ap-
pellee.

Before ANDERSON, BLACK and
CARNES, Circuit Judges.

PER CURIAM:

After oral argument and careful consid-
eration, we affirm. We affirm the judg-
ment of the district court with respect to
plaintiff's disability claim, because plaintiff
failed to prove that he could perform the
essential functions of the job, or that his
health problems could be reasonably ac-
commodated. See *Jackson v. Veterans
Administration*, 22 F.3d 277 (11th Cir.
1994). We also affirm with respect to
plaintiff's age claim; there is little or no
evidence of age discrimination and plain-
tiff's alleged comparator is not similarly
situated. Finally, we affirm the judgment
of the district court with respect to plain-

tiff's retaliation claim; plaintiff has failed
to prove either causation or pretext to
overcome the defendant's legitimate busi-
ness reason.

AFFIRMED.